GRAHAM, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 30, 1900.) Action by John Graham against the

·city of New York. No opinion. Judgment reversed, and new trial granted, costs to abide the ·event, on the opinion in Quintard v. City of New York, 51 App. Div. 233, 64 N. Y. Supp. ·904.